SEDGWICK LLP
REBECCA A. HULL BAR No. 99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NATISHA ROBINSON-LEE, T.L., a minor, and R.L., a minor,<br><br>    Defendants. | CASE NO. CV 12-1053 EMC<br><br>SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER RESETTING CMC<br><br>DATE:    September 4, 2012<br>TIME:    1:30 p.m.<br>CRTM:   5, 17th Floor |

Metropolitan Life Insurance Company ("MetLife") provides the following supplemental statement, with regard to the currently scheduled further case management conference. As the parties informed the Court they would do (at the case management conference held on July 31, 2012), the parties have been engaged in discussions regarding possible ways to resolve the issues so that the life insurance benefits can be paid out.

A tentative agreement has been reached between MetLife and Ms. Robinson-Lee, but the parties require additional time in which to finalize matters, if that is possible. Communications have been slow and difficult, due to lack of electronic communication capability.

MetLife is optimistic that if the Court would be willing to defer the pending case management conference for an additional 30 days, it should be possible prior to that time to reach

a final agreement, reduce that agreement to an appropriate writing, and dismiss the litigation. As such, MetLife requests that the matter be put over for an additional 30 days.

DATED: August 28, 2012          SEDGWICK LLP

                                By:  /s/ Rebecca A. Hull
                                     Rebecca A. Hull
                                     Attorneys for Plaintiff
                                     Metropolitan Life Insurance Company

IT IS SO ORDERED that the Further CMC is reset from 9/4/12 to 11/2/12 at 10:30 a.m. An updated joint CMC Statement shall be filed by 10/26/12.

_____
Edward M. Chen
U.S. District Judge

