1  SEDGWICK LLP
   REBECCA A. HULL BAR No. 99802
2  rebecca.hull@sedgwicklaw.com
   333 Bush Street, 30th Floor
3  San Francisco, California 94104
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Plaintiff
   Metropolitan Life Insurance Company
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | METROPOLITAN LIFE INSURANCE | CASE NO.  CV 12-1053 EMC
   | COMPANY, |
11 |          | SUPPLEMENTAL CASE MANAGEMENT
   |          | CONFERENCE STATEMENT ; ORDER RESETTING
12 |     Plaintiff, | CMC
13 |     v.   | DATE:  September 4, 2012
   |          | TIME:  1:30 p.m.
14 | NATISHA ROBINSON-LEE, T.L., a | CRTM:  5, 17th Floor
   | minor, and R.L., a minor,
15 |
   |     Defendants.
16

17

18

19         Metropolitan Life Insurance Company ("MetLife") provides the following supplemental

20  statement, with regard to the currently scheduled further case management conference.  As the

21  parties informed the Court they would do (at the case management conference held on July 31,

22  2012), the parties have been engaged in discussions regarding possible ways to resolve the issues

23  so that the life insurance benefits can be paid out.

24         A tentative agreement has been reached between MetLife and Ms. Robinson-Lee, but the

25  parties require additional time in which to finalize matters, if that is possible.  Communications

26  have been slow and difficult, due to lack of electronic communication capability.

27         MetLife is optimistic that if the Court would be willing to defer the pending case

28  management conference for an additional 30 days, it should be possible prior to that time to reach

1  a final agreement, reduce that agreement to an appropriate writing, and dismiss the litigation.  As

2  such, MetLife requests that the matter be put over for an additional 30 days.

DATED:  August 28, 2012             SEDGWICK LLP

By:  */s/ Rebecca A. Hull*
    Rebecca A. Hull
    Attorneys for Plaintiff
    Metropolitan Life Insurance Company

IT IS SO ORDERED that the Further CMC is reset from 9/4/12 to 11/2/12 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 10/26/12.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen