| | |
|---|---|
| 1 | SEDGWICK LLP |
| | REBECCA A. HULL BAR No. 99802 |
| 2 | rebecca.hull@sedgwicklaw.com |
| | ERIN A. CORNELL Bar No. 227135 |
| 3 | erin.cornell@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Attorneys for Plaintiff |
| | Metropolitan Life Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. CV 12-1053 EMC |
| Plaintiff, | UPDATED CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | ORDER RESETTING FURTHER CMC |
| | DATE: November 2, 2012 |
| | TIME: 10:30 a.m. |
| NATISHA ROBINSON-LEE, T.L., a minor, and R.L., a minor, | CRTM: 5, 17th Floor |
| Defendants. | |

    Metropolitan Life Insurance Company ("MetLife") provides the following updated case management conference statement, with regard to the currently scheduled further case management conference. As the parties informed the Court they would do (at the case management conference held on July 31, 2012 and in their supplemental case management conference statement filed on August 29, 2012 (ECF No. 15)), the parties have been engaged in discussions regarding possible ways to resolve the issues so that the life insurance benefits can be paid out.

    An agreement has been reached between MetLife and Ms. Robinson-Lee, but the parties require additional time in which to finalize matters. Communications with Ms.

SF/3183887v1

1 Robinson-Lee have been slow and difficult, due to lack of electronic communication
2 capability. MetLife also has been in contact, however, with an attorney who reportedly is
3 preparing guardianship papers so that Ms. Robinson-Lee's children (the two minor defendants
4 in the litigation) can receive the life insurance benefits.
5      MetLife believes that the matter will be concluded, from standpoint of the litigation,
6 within the next 30 days. MetLife therefore requests that the Court continue the pending case
7 management conference for an additional 30 days, to permit the ancillary procedures, such as
8 establishment of a guardianship for the minor defendants, to be completed, thereby allowing
9 the litigation to be dismissed.

DATED: October 26, 2012     SEDGWICK LLP

By: _/s/ Erin A. Cornell_____
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Plaintiff
    Metropolitan Life Insurance Company

IT IS SO ORDERED that the Further CMC is reset from 11/2/12 to Thursday 1/17/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 1/10/13.

_____
Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104. On October 26, 2012, I served the within document(s):

UPDATED CASE MANAGEMENT CONFERENCE STATEMENT

☐  FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒  ELECTRONIC MAIL - by emailing the document to defendant at email address as set forth below.

☐  PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Natisha N. Robinson-Lee                                    Defendant
222 Ward Street
San Francisco, CA  94134
Electronic mail:  trzurdlee1@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 26, 2012, at San Francisco, California.

*Sharice Valenzuela*
Sharice Valenzuela